**Order entered October 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00126-CR

### SHAWN BRIAN TIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-48186-J**

## ORDER

Before the Court is appellant's October 11, 2019 third motion to extend the time to file his brief, which he tendered with the motion.

The tendered brief identifies the child sexual assault victim by name. This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's tendered brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the child victim either generically (for example, "victim") or by initials only, even when quoting relevant portions of the record. We will defer ruling on appellant's motion for an extension of time until the amended brief complying with this order is received.

/s/  CORY L. CARLYLE
    JUSTICE